UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENJAMIN DAVID FERGUSON,

    Plaintiff,

v.                                        Case No. 5:21-cv-239-TKW-MJF

MARK S. INCH, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a Florida prisoner proceeding *pro se*, initiated this action on December 6, 2021, by filing a civil rights complaint. Docs. 1-2.[1] Plaintiff also moved for leave to proceed *in forma pauperis*. Docs. 3, 12.

On March 22, 2022, the undersigned reviewed Plaintiff's financial affidavit and inmate account statements, Docs. 3, 12, and determined that Plaintiff did not qualify for leave to proceed *in forma pauperis* because he was able to pay the court fees at the time he initiated this lawsuit but chose instead to spend those funds on discretionary items such as canteen purchases. Doc. 14. The undersigned, therefore,

---

[1] Plaintiff's complaint has a prison date stamp of October 18, 2021. Doc. 1 at 1. The complaint was not received by this court, however, until December 16, 2021. *Id*. Plaintiff explains that he originally mailed the complaint on October 18, 2021, but learned that it was not delivered so re-mailed it on December 6, 2021. Doc. 2 at 3.

denied Plaintiff's motions for leave to proceed *in forma pauperis* and ordered him to pay the $402.00 filing and administrative fees within thirty days. *Id*. at 3. The order warned Plaintiff that failure to comply likely would result in the dismissal of this case. *Id*.

To date, Plaintiff has not complied with the order dated March 22, 2022, and has not responded to the 14-day show cause order entered on May 9, 2022, Doc. 15. Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[2]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 7th day of June, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**electronic docket is for the court's internal use only and does not control.** **An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** ***See*** **11th Cir. R. 3-1; 28 U.S.C. § 636.**